UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>        Plaintiff,<br><br>  v.<br><br>KEITH LANNOM, in his official capacity as Payette National Forest Supervisor;<br>UNITED STATES FOREST SERVICE;<br>DANIEL ASHE, in his official capacity as Director of the U.S. Fish and Wildlife Service;<br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>        Defendants. | Case No.: 1:16-cv-00428-BLW<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND TO VACATE SCHEDULING CONFERENCE AND RELATED DEADLINES |

      This matter comes before the Court on the parties' Joint Motion for Extension of Time to File Responsive Pleading. Finding good cause shown,

      NOW THEREFORE IT IS HEREBY ORDERED, that the motion (docket no. 12) is **GRANTED**. Federal Defendants' response to the Complaint will be due on January 11, 2017. The December 7, 2016 Scheduling Conference in this case is vacated. The December 2, 2016 deadline for the parties to file a Litigation Plan and Discovery Plan is also vacated. The parties shall notify the Court of a need for a new Scheduling Conference by January 11, 2017.



DATED: November 22, 2016

_____

B. Lynn Winmill

Chief Judge

United States District Court